In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-11-00592-CR
_____

JIMMY DON PRICE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 411th District Court
Polk County, Texas
Trial Cause No. 21122

## ORDER

On February 21, 2013, we abated the appeal to provide the appellant with an opportunity to investigate the professional licensing status of a testifying expert witness. On March 27, 2013, appellant filed a motion to remand for a hearing "to provide for the record" the extent to which the witness complied with the terms of a disciplinary order of the board regulating the witness's profession. He provides no authority permitting an evidentiary hearing under these circumstances. The supplementation rules cannot be used to create a new record. *Berry v. State*, 995

1

S.W.2d 701, 702 n.5 (Tex. Crim. App. 1999); *see also* Tex. R. App. P. 34.5(c); 34.6(d).  A new record may be created when the trial court erroneously withholds information necessary to evaluate a defendant's claim on appeal, but "if the error in question is subject to the usual rules of procedural default, then it must have been preserved by objection."  *LaPointe v. State*, 225 S.W.3d 513, 522 (Tex. Crim. App. 2007); *see also* Tex. R. App. P. 44.4.  The motion for remand is denied.

ORDER ENTERED April 11, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.